UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LAW OFFICES OF STEVEN M. JOHNSON, P.C., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-00047-O |
| RICKIE PATTON, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The final award entered in JAMS Case Number 5310000126 attached as Exhibit A to Plaintiff's Original Complaint should be **CONFIRMED** in its entirety.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

**SO ORDERED** on this **10th day** of **April, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE